## UNITED STATES DISTRICT COURT
### MIDDLE DISTRICT OF FLORIDA
#### ORLANDO DIVISION

ARTHUR OTTESEN,

      Plaintiff,

v.                                 Case No:   6:19-cv-2410-GAP-LRH

BEALE STREET BLUES
COMPANY ORLANDO, LLC,

      Defendant.

_____

### ORDER OF DISMISSAL

Upon consideration of the Notice of Voluntary Dismissal of Complaint (Doc. 26), which the Court construes as a stipulation of dismissal pursuant to Federal Rule of Civil Procedure 41(a), it is

**ORDERED** that this case is **DISMISSED** pursuant to Local Rule 3.09(b), subject to the right of any party to move the Court within sixty (60) days for the purpose of entering a stipulated form of final order or judgment;

or, on good cause shown, to reopen the case for further proceedings.   Any

pending motions are **DENIED** as moot.   The Clerk is directed to close this

file.

     **DONE** and **ORDERED** in Chambers in Orlando, Florida on March 29,

2021.



GREGORY A. PRESNELL
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Parties